CLARA E. WILDER, Respondent, v. HAMILTON S. AUSTIN, Defendant, and ESTHER COOPER and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

GEORGE A. WILDER, Respondent, v. HAMILTON S. AUSTIN, Defendant, and ESTHER COOPER and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

SARESTER RUBENS, Appellant, v. KARL BURKHARDT, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury in respect to the negligence of the defendant and to the contributory negligence of the plaintiff was against the weight of the evidence. All concur.

KATARZYNA PASIAK, Individually and as Administratrix, etc., of MICHAEL PASIAK, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and STANLEY KASPER and Another, Defendants.— Judgment reversed on the facts and new trial granted, with costs to the appellant to abide the event. Memorandum: The finding of the jury that the defendant's motorman was negligent in failing to discover the danger of a collision in time to prevent an accident was against the weight of the evidence. All concur.

HELEN LESTER, as Administratrix, etc., of SYLVESTER L. LESTER, Deceased, Respondent, v. ERNEST CHAGNON, Defendant, and LAVERNE HARRIS, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to the appellant to abide the event. Memorandum: In view of the law of the case as indicated by the allegations of the complaint and the charge of the trial court we reach the conclusion that the finding of negligence on the part of the appellant is against the weight of the evidence. All concur.

JOHN H. MACDONELL, Respondent, v. ANNA MACDONELL and Others, Defendants, Impleaded with DONALD BICKELER and Another, Appellants.— Order reversed except as to the provisions striking out the 2d, 3d and 4th defenses in the answer and motion granted requiring plaintiff to comply with the provisions of subdivision 2 of section 1019 of the Civil Practice Act, by bringing in as a party defendant the administrator of the estate of Adele E. MacDonell. Order otherwise affirmed, without costs. We do not pass upon the necessity or advisability of the appointment of a different administrator of the estate of Adele E. MacDonell. All concur.

DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INCORPORATED, Appellant, v. FRANK FERGUSON, Respondent.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury that plaintiff gave consent to the use of its milk cans at any time after the demand is contrary to and against the weight of the evidence. All concur.

In the Matter of the NUNDA BANK (FRED G. OLP, Private Banker), in Liquidation.— Order so far as appealed from affirmed, with costs. (See *Matter of Casualty Company of America* [*Rubin Claim*], 244 N. Y. 443.) All concur; Thompson, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM E. RUTH, Appellant.— Judgment of conviction affirmed. All concur.